IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00183-RPM

MONSIGNOR THOMAS TANK,

      Plaintiff,

v.

STEAMBOAT SKI & RESORT CORPORATION,

      Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulated Motion for Dismissal with Prejudice (Doc. #9), filed

today, it is

ORDERED that this case is dismissed with prejudice, each party to pay their

own costs and attorneys' fees, and satisfy their own liens, obligations and debts, if any.

DATED: June 5th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Judge